IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NIMER SHIHEIBER                                                                                    PLAINTIFF

V.                                      CASE NO. 4:15-CV-4043

STREET & PERFORMANCE, INC.,
*et al.*                                                                                              DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Separate Defendant Street & Performance, Inc. ECF No. 12. After Defendant filed its motion to dismiss, Plaintiff filed a Second Amended Complaint in this matter. ECF No. 14. Thus, the Court finds that Defendant's motion to dismiss should be and hereby is **DENIED AS MOOT**. *See Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

IT IS SO ORDERED, this 5th day of August, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge