IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NIMER SHIHEIBER                                                                                    PLAINTIFF

vs.                                                 Civil No. 4:15-cv-04043

STREET & PERFORMANCE, INC.,
GRIFFIN THERMAL PRODUCTS, INC.
and GRIFFIN RADIATORS, INC.                                                           DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed on January 7, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28.  Judge Bryant recommends that the Motion to Dismiss (ECF No. 20) filed by Separate Defendant Street & Performance, Inc. be **DENIED**.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).

The Court has reviewed this case, and being well and sufficiently advised, finds the Report and Recommendation is proper and should be adopted in its entirety.  Accordingly, the Court adopts the Report and Recommendation and finds that Separate Defendant's Motion to Dismiss (ECF  No. 20) should be and hereby is **DENIED**.

IT IS SO ORDERED, this 26th day January, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge