IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

NIMER SHIHEIBER                                                                                      PLAINTIFF

v.                                             Case No. 4:15-CV-4043

STREET & PERFORMANCE, INC. and
GRIFFIN THERMAL PRODUCTS, INC.                                                     DEFENDANTS

## **ORDER**

Before the Court is a Motion for Judgment filed by Plaintiff.  ECF No. 46.  On July 26, 2016, a jury returned a verdict in favor of Plaintiff on his claim against Separate Defendant Griffin Thermal Products, Inc.[1]  The jury assessed nominal damages in the sum of $1.00 and actual damages in the sum of $63,000.00.  Plaintiff moves the Court to enter a final judgment in this case.  The Court, however, has ordered a new trial on the damages issue.  ECF No. 51.  Thus, a final judgment will not be entered at this time.  Accordingly, Plaintiff's Motion for Judgment (ECF No. 46) is **DENIED**.

**IT IS SO ORDERED**, this 6th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] On Plaintiff's claim against Separate Defendant Street & Performance, Inc., the jury returned a verdict in favor of Street & Performance, Inc.