# UNITED STATES DISTRICT COURT
for the

Western District of Arkansas

| | |
|---|---|
| NIMER SHIHEIBER | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:15-CV-4043 |
| GRIFFIN THERMAL PRODUCTS, INC. | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: We, the jury, assess damages against Defendant Griffin Thermal Products, Inc. as follows: Fair market value of the radiator prototype at the time of its conversion. $100.00.

This action was *(check one)*:

☑ tried by a jury with Judge Susan O. Hickey presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: February 26, 2018

*CLERK OF COURT*

Robin W. Gray

*Signature of Clerk or Deputy Clerk*